THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Jermaine
 Jordan, Petitioner,
 v.
 State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI 

Appeal From Horry County
 J. Michael Baxley, Circuit Court Judge
Memorandum Opinion No.  2009-MO-062
Submitted November 18, 2009  Filed
 December 7, 2009  
REVERSED

 
 
 
 Bobby 
 Frederick, of Myrtle Beach, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney  General Salley W. Elliott, Assistant Attorney General
 Christina J. Catoe, of Columbia, for Respondent.
 
 
 

PER
 CURIAM: In this
 post-conviction relief (PCR) case, the PCR court denied Petitioner Jermaine
 Jordan's request for relief.  This Court
 granted a writ of certiorari to review that decision.  We reverse pursuant to
 Rule 220(b) and the following authority: Brown v. State, 383 S.C. 506,
 680 S.E.2d 909 (2009) (stating this Court will not uphold the findings of the
 PCR court if no probative evidence supports those findings); Lounds v. State,
 380 S.C. 454, 670 S.E.2d 646 (2008) (reversing the PCR court's denial of relief
 because no probative evidence existed to support the findings).

TOAL, C.J.,
 WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.